IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                        CASE NO.: 1:06cr34-SPM/AK

JOEL DEAN NEWTON,

       Defendant.
_____/

## ORDER CONTINUING SENTENCING

Upon consideration, Defendant's Unopposed Motion to Continue Sentencing (doc. 40) is granted. The sentencing hearing is reset for 1:30 p.m. on April 2, 2007.

SO ORDERED this 1st day of March, 2007.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge