IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                          CASE NO.: 1:06cr34-SPM/AK

JOEL DEAN NEWTON,

    Defendant.
_____/

## ORDER EXTENDING DATE FOR SELF-SURRENDER

Upon consideration, Defendant's Motion to Extend Voluntary Surrender Date (doc. 49) is granted. Defendant shall have up to and including 12 o'clock Noon on Wednesday, May 16, 2007 to self-surrender to the United States Marshal's office in Gainesville, Florida or to the institution designated by the Bureau of Prisons.

SO ORDERED this 20th day of April, 2007.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    United States District Judge